1  Rosemary M. Rivas (State Bar No. 209147)
   Email: rrivas@zlk.com
2  **LEVI & KORSINSKY, LLP**
   44 Montgomery Street, Suite 650
3  San Francisco, California 94104
   Telephone: (415) 291-2420
4  Facsimile: (415) 484-1294

5  *Attorneys for Plaintiff James J. McCauley*

6  [Additional Counsel listed on signature block.]

7

8                    **UNITED STATES DISTRICT COURT**

9                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                          **SAN FRANCISCO DIVISION**

| | |
|---|---|
| JAMES J. MCCAULEY, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:18-cv-01667-SI |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| BLACKHAWK NETWORK HOLDINGS, INC., ANIL D. AGGARWAL, RICHARD H. BARD, THOMAS BARNDS, STEVEN A. BURD, ROBERT L. EDWARDS, MOHAN GYANI, PAUL HAZEN, ROBERT B. HENSKE, TALBOTT ROCHE, ARUN SARIN, WILLIAM Y. TAUSCHER, and JANE J. THOMPSON, | |
| Defendants. | |

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff James J. McCauley ("Plaintiff") voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Respectfully submitted,

Dated: April 27, 2018

**LEVI & KORSINSKY, LLP**

By: /s/ *Rosemary M. Rivas*
Rosemary M. Rivas
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

**LEVI & KORSINSKY, LLP**
Donald J. Enright
Email: denright@zlk.com
Elizabeth Tripodi
Email: etripodi@zlk.com
1101 30th St., NW, Ste. 115
Washington, DC 20007
Telephone: (202) 524-4292
Facsimile: (202) 333-2121

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
Email: jmonteverde@monteverdelaw.com
Miles D. Schreiner
Email: mschreiner@monteverdelaw.com
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Telephone: (212) 971-1341
Facsimile: (212) 202-7880

*Attorneys for Plaintiff James J. McCauley*